```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE


CHRIS POWELL,                    )
                                 )
        Movant,                  )
                                 )
    v.                           )    Civil No. 05-45-B-W
                                 )    Criminal No. 03-61-B-W
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )
```

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on June 9, 2005 her Recommended Decision.  The Movant filed his objections to the Recommended Decision on June 20, 2005 and the Respondent filed its response to those objections on July 5, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.   It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

    2.    It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2255 Motion is <u>DENIED</u>.

                            /s/ John A. Woodcock, Jr.
                            JOHN A. WOODCOCK, JR.
                            UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2005